## Arthur TEKAS v. STATE.
### No. 18479.

Court of Criminal Appeals of Texas.
June 17, 1936.

Frank D. Ivey, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for a violation of the local option law, punishment being assessed at one day in jail and by a fine of $100.

The affidavit and information are substantially the same as found in Whitmire v. State (Tex.Cr.App.) 94 S.W.(2d) 742, decided May 20, 1936, in which the state's pleading was held fatally defective.

The judgment is reversed and prosecution ordered dismissed under the present pleading.

## John S. OATES, Trustee, v. Lurline JOHNSON et vir.
### No. 3386.

Court of Civil Appeals of Texas. El Paso.
June 18, 1936.

Rehearing Denied July 30, 1936.

Howell Johnson, of Fort Stockton, and James Cornell, of San Angelo, for appellant.

W. C. Jackson, of Fort Stockton, for appellees.

WALTHALL, Justice.

The question presented by this appeal is the sufficiency of a voluntary conveyance executed by the husband to the wife, in fraud of the creditors of the husband, to support title in the wife to the land conveyed under the three-year statute of limitations. If this question be answered in the affirmative, the judgment in this case should be affirmed. Under the authorities in this state we think it should be so answered. B. C. Evans Co. v. Guipel (Tex. Civ.App.) 35 S.W. 940; J. R. Watkins Co. v. Gibbs (Tex.Civ.App.) 66 S.W.(2d) 355, and cases there cited.

Under the authorities referred to the judgment in this case should be affirmed, and it is so ordered.

## Howard YOUNG v. STATE.
### No. 18613.

Court of Criminal Appeals of Texas.
Oct. 14, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Forgery is the offense; penalty assessed at confinement in the penitentiary for three years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## WASHINGTON NATIONAL INSURANCE COMPANY, Appellant, v. Lizzie NIECE, Appellee.
### No. 9877.

Court of Civil Appeals of Texas. San Antonio.
Aug. 12, 1936.

Rehearing Denied Sept. 16, 1936.

G. Woodson Morris, of San Antonio, for appellant.

Charles J. Lieck, of San Antonio, for appellee.

BOBBITT, Justice.

Affirmed without written opinion. Associated Indemnity Corporation et al. v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.